Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 4:11-cv-01165-CW |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER |
| v. | |
| BENNETT MONTOYA, et al. | |
| Defendants. | |

TO THE HONORABLE CLAUDIA WILKEN, THE DEFENDANT/S AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Case Management Conference presently set for July 12, 2011 at 2:00 PM.   As set forth below Plaintiff respectfully requests that the Court continue the Case Management Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendants Bennett Montoya and Gary Dean Vinson, Jr. individually and d/b/a Atmosphere a/k/a Atmosphere 3; and BMGV, LLC, an unknown business entity d/b/a Atmosphere a/k/a Atmosphere 3.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

Plaintiff recently identified an alternative address that it believes will be successful to serve its initiating suit papers, upon the Defendants.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference, presently scheduled for July 12, 2011 at 2:00 PM to a new date approximately Thirty (30) to Forty-Five (45) days forward.


Respectfully submitted,


Dated: July 5, 2011                    */s/ Thomas P. Riley*
                                       **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                       By: Thomas P. Riley
                                       Attorneys for Plaintiff
                                       J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///

**ORDER**

It is hereby ordered that the Case Management Conference in civil action number 4:11-cv-01165-CW styled *J & J Sports Productions, Inc. v. Bennett Montoya, et al*., is hereby continued from 2:00 PM, July 12, 2011 to **Tuesday, August, 23, 2011, at 2:00 p.m.**

Plaintiff shall serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

Dated:                                    **7/7/2011**

**THE HONORABLE CLAUDIA WILKEN**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///

**PROOF OF SERVICE (SERVICE BY MAIL)**

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 4:11-cv-01165-CW

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 5, 2011, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (~~Proposed~~)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Bennett Montoya (Defendant)
447-459 Broadway Street
San Francisco, CA 94133

Gary Dean Vinson, Jr. (Defendant)
447-459 Broadway Street
San Francisco, CA 94133

BMGV, LLC (Defendant)
447-459 Broadway Street
San Francisco, CA 94133

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on July 5, 2011, at South Pasadena, California.

Dated:  July 5, 2011                                   */s/ Maria Baird*
                                                        **MARIA BAIRD**