IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J AND J SPORTS PRODUCTIONS,                No. C 11-01165 CW

    Plaintiff,                              ORDER OF REFERENCE
                                          TO MAGISTRATE JUDGE
  v.

BENNETT MONTOYA,

    Defendant.
_____/

    Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that the Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.  The hearing noticed for September 8, 2011 is vacated.  The Magistrate Judge shall prepare findings and recommendation on the motion.


Dated: 8/2/2011

                                            CLAUDIA WILKEN
                                            United States District Judge


cc: Sue