Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc., | CASE NO. CV 11-1165 CW |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS BENNETT MONTOYA, individually and d/b/a ATMOSPHERE A/K/A ATMOSPHERE 3, and BMGV, LLC, an unknown business entity d/b/a ATMOSPHERE A/K/A ATMOSPHERE 3 |
| vs. | |
| Bennett Montoya, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants BENNETT MONTOYA, individually and d/b/a ATMOSPHERE A/K/A ATMOSPHERE 3, and BMGV, LLC, an unknown business entity d/b/a ATMOSPHERE A/K/A ATMOSPHERE 3 that the above-entitled action is hereby dismissed **without prejudice** against BENNETT MONTOYA, individually and d/b/a ATMOSPHERE A/K/A ATMOSPHERE 3, and BMGV, LLC, an unknown business entity d/b/a ATMOSPHERE A/K/A ATMOSPHERE 3.

///

///

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by December 1, 2012, the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: August 16, 2011         *s/ Thomas P. Riley*
                               **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                               By:  Thomas P. Riley
                               Attorneys for Plaintiff
                               J & J SPORTS PRODUCTIONS, INC.

Dated:                         *s/ Will White*
                               **LAW OFFICES OF MARK E. RENNIE**
                               By: Will White
                               Attorneys for Defendants
                               BENNETT MONTOYA, individually and d/b/a
                               ATMOSPHERE A/K/A ATMOSPHERE 3, and
                               BMGV, LLC, an unknown business entity d/b/a
                               ATMOSPHERE A/K/A ATMOSPHERE 3

**IT IS SO ORDERED**:

_____         Dated:   **9/2/2011**
**The Honorable Claudia Wilken**
**United States District Court**
**Northern District of California**

**STIPULATION OF DISMISSAL**
**«CaseNo»**
**PAGE 2**